IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERESA GRUBMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-0705 |
| | ) | Judge Trauger |
| MORGAN STANLEY DW, INC. | ) | |
| & GREG DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the motion for summary judgment filed by defendants is **GRANTED** in part and **DENIED** in part.

It is so Ordered.

Entered this 16th day of September 2008.

_____
ALETA A. TRAUGER
United States District Judge

1