UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERESA GRUBMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3:06-cv-00705 |
| ) | Judge Nixon |
| MORGAN STANLEY DW, INC., ) | Magistrate Judge Knowles |
| & GREG DAVIS, ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE OF DISMISSAL**

The parties jointly apprise the Court that this matter has been resolved. Pursuant to Fed. R. Civ. P. 41, the parties are in agreement that this matter can be dismissed, with prejudice.

Respectfully submitted,

s/ Jonathan O. Harris
Keith D. Frazier (BPR # 12413)
Jonathan O. Harris (BPR # 21508)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
424 Church Street, Suite 800
Nashville, Tennessee 37219
(615) 254-1900
(615) 254-1908 (*Facsimile*)

Attorneys for Defendants


s/ Jeremy Parham
Jeremy Parham Esq.
Attorney at Law
2400 Crestmoor Road
Nashville, Tennessee 37215

Attorney for Plaintiff

7289150.1 (OGLETREE)